**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KASEY HARGE,

                    Plaintiff,

      -against-                                25 **CIVIL** 5443 (LLS)

**JUDGMENT**

HON. MELISSA T. LEWIS; BRONWYN M.
JAMES, E.L. HOLMES; NICOLE GUILIANO;
NICOLAS ROVNER; NEW YORK STATE
OFFICE OF COURT ADMINISTRATION,

                    Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 9, 2025, Plaintiff's claims under 42 U.S.C. §§ 1983, 1985(3) are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). The Court declines, under 28 U.S.C. § 1367(c)(3), to exercise supplemental jurisdiction of any state law claims. Plaintiff's application for a TRO is denied (ECF 5-7). Judgment is hereby entered.

**Dated:**  New York, New York

       July 11, 2025

                                                  **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                  **BY:**                     *K. Mango*

                                                       **Deputy Clerk**